**Appeal Dismissed and Memorandum Opinion filed August 13, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00306-CR

**ANTHONY  EARL  CALDWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1433609**

## MEMORANDUM  OPINION

Appellant entered a guilty plea to manslaughter. In accordance with the terms of a plea bargain agreement with the State, the trial court assessed punishment at confinement for nineteen years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On August 6, 2020, appellant's counsel filed a suggestion with the court that the court lacks jurisdiction over this appeal. We agree and dismiss the appeal for lack of jurisdiction.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b)